FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 24 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-CR-215-KJD-GWF |
| Plaintiff, | |
| vs. | |
| MARGARET STELLA DROZEWSKI | |
| Defendant. | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#46), sentencing having been imposed on July 21, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $14,600.00

**Total Amount of Restitution ordered: $14,600.00\*\***
\*\*Joint and Several with Co-defendants Walter King and Zachery Wright

Dated this 22nd day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE